IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES PALMER, | ) | 4:00CV3020 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD W. CLARKE, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on the mandate of the United States Court of Appeals for the Eighth Circuit, Filing No. 182. This court was directed to dismiss the petition in its entirety. Filing No. 181. The court has been informed that the United States Supreme Court has denied Palmer's petition for a writ of certiorari. Filing No. 186. Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of habeas corpus is dismissed.

DATED this 3rd day of February, 2006.

BY THE COURT

s/ Joseph F. Bataillon
Honorable Joseph F. Bataillon
United States District Judge